**JUDICIAL WATCH, INC., Appellant**

v.

**UNITED STATES DEPARTMENT OF JUSTICE, Appellee.**

**No. 15-5271**
**September Term, 2015**

United States Court of Appeals,
District of Columbia Circuit.

Filed On: June 7, 2016

Michael Bekesha, Judicial Watch, Inc., Washington, DC, for Plaintiff–Appellant.

Lindsey Powell, Mark B. Stern, Attorney, U.S. Department of Justice (DOJ), Civil Division, Washington, DC, for Defendant–Appellee.

## ORDER

Upon consideration of appellant's motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to issue the mandate forthwith.